BARBARA JANE DONALDSON v. J. ROGER CONANT.

September 2, 1981.

Petition for certification denied.

STATE IN THE INTEREST OF J. S.

September 2, 1981.

Petition for certification denied.

MARGARET PARKS FRIEDMAN v. STATE OF NEW JERSEY, BY
THE COMMISSIONER OF TRANSPORTATION.

September 2, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ADELBERT GRONDIN.

September 2, 1981.

Petition for certification denied.

CORNELIUS P. SULLIVAN v. BURLINGTON COUNTY
BOARD OF CHOSEN FREEHOLDERS.

September 2, 1981.

Petition for certification denied. (See 179 *N.J.Super.* 228)